**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN THE MATTER OF**: CHARLES R CROCKER**          CASE NO:  **16-04748-5-SWH**
                    **SALLY B CROCKER**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **CHARLES R CROCKER**<br>**SALLY B CROCKER**<br>**PO BOX 1811**<br>**LELAND, NC 28451** | **$1720.00** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

March 3, 2020          /s/ Joseph A. Bledsoe, III
                       **JOSEPH A. BLEDSOE, III**
                       **CHAPTER 13 TRUSTEE**
                       **P. O. BOX 1618**
                       **NEW BERN, NC  28563**
                       **(252) 633-0074**